```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
```

MARILYNN PHILLIPS  \*

      Plaintiff  \*

    vs.  \*  CIVIL ACTION NO. MJG-08-2895

HEAD TO TOE CREATIONS, INC.  \*

      Defendant  \*

\*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER OF DISMISSAL

Due to the failure of Plaintiff to comply with the Court's Order of July 14, 2009, this case is hereby dismissed without prejudice, the parties to bear their own respective costs.


SO ORDERED, on <u>Tuesday, August 25, 2009</u>.


                             _____/s/_____
                                  Marvin J. Garbis
                            United States District Judge